# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARLA WILSON,** | ) |
|         **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **Case No.: 2:20-cv-02495-HLT-KGG** |
| **UNIVERSITY OF KANSAS HOSPITAL AUTHORITY,** | ) |
| | ) |
|         **Defendant.** | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF MARLA WILSON

Defendant University of Kansas Hospital Authority hereby provides notice that it will take the deposition of Marla Wilson on Tuesday, March 23, 2021, at the offices of Chad Beaver, 1600 Genessee St #920, Kansas City, MO 64102, **beginning at 9:00 a.m. CST** and continuing from day to day until completed**.**  This deposition will be taken and used in accordance with the Federal Rules of Civil Procedure and shall be recorded by videotape and stenographic means by Metropolitan Court Reporters.

      Respectfully submitted,

      POLSINELLI PC

      By: _/s/_ Meghan H. Hanson
          ERIC E. PACKEL  (#23070)
          MEGHAN H. HANSON (#78869)
          900 W. 48th Place, Suite 900
          Kansas City, MO 64112
          (816) 753-1000
          (816) 753-1536 - Facsimile
          epackel@polsinelli.com
          mhanson@polsinelli.com

      ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by ECF Notification System this 18th day of March, 2021, to:

Chad C. Beaver, Esq.
Beaver Law Firm LLC
1600 Genessee Street, Suite 920
Kansas City, MO  64102
816-226-7750
Fax:  816-817-0540
cbeaver@beaver-law.com
ATTORNEYS FOR PLAINTIFF

                                                                   ____/s/ Meghan H. Hanson_____

77235992.1